# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOYCE LEE

VERSUS

ANWAR INC., SAVE MORE
MARKET, XYZ INSURANCE
COMPANY, AND NAUTILUS
INSURANCE COMPANY

NO. 2025 CW 0571

AUGUST 22, 2025

---

In Re: Joyce Lee, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No. 720165.

---

BEFORE: McCLENDON, C.J., THERIOT AND PENZATO, JJ.

WRIT DENIED.

PMc
MRT
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT